**Order filed November 1, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00630-CR
_____

**MERCEDEZ LESHION JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1280521**

## O R D E R

The reporter's record in this case was due August 22, 2011. *See* Tex. R. App. P. 35.2.  On September 19, 2011, the clerk of this court notified Brenda Burleigh, the court reporter, the record had not been filed.

No response was received.  The record has not been filed with the court.  We therefore issue the following order.

We order **Brenda Burleigh,** the court reporter, to file her portion of the record in this appeal on or before **November 18, 2011**.

PER CURIAM